**FILED**

AUG 0 6 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | S U P E R S E D I N G |
| | ) | I N F O R M A T I O N |
| Plaintiff, | ) | |
| | ) | JUDGE PAMELA A. BARKER |
| | ) | |
| v. | ) | CASE NO._____1:26CR44_____ |
| | ) | Title 18, United States Code, |
| SAHAAD BANKS, | ) | Sections 922(g)(1) and 924(a)(8); |
| | ) | Title 21, United States Code, |
| Defendant. | ) | Sections 841(a)(1) and (b)(1)(B) |

COUNT 1
(Possession with Intent to Distribute Fentanyl, Cocaine, and Methamphetamine
21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The United States Attorney charges:

1.      On or about November 14, 2025, in the Northern District of Ohio, Eastern Division, Defendant SAHAAD BANKS did knowingly and intentionally possess with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl; 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine; and a mixture and substance containing a detectable amount of cocaine, all Schedule II controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

COUNT 2
(Felon in Possession of a Firearm and Ammunition,
18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The United States Attorney charges:

2.      On or about November 14, 2025, in the Northern District of Ohio, Eastern Division, Defendant SAHAAD BANKS, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Failure to Comply with

Order, Signal of Police Officer, on or about April 14, 2009, in Case Number CR-08-516807, in the Cuyahoga County Court of Common Pleas; Trafficking Offenses, on or about August 13, 2009, in Case Number CR-09-523178, in the Cuyahoga County Court of Common Pleas; Burglary, on or about March 8, 2012, in Case Number CR-11-553947 in the Cuyahoga County Court of Common Pleas, knowingly possessed, in and affecting interstate commerce, a firearm, to wit: a Smith & Wesson handgun bearing serial number NBM6204, and ammunition, said firearm and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

COUNT 3
(Felon in Possession of a Firearm,
18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The United States Attorney charges:

3.     On or about November 14, 2025, in the Northern District of Ohio, Eastern Division, Defendant SAHAAD BANKS, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Failure to Comply with Order, Signal of Police Officer, on or about April 14, 2009, in Case Number CR-08-516807, in the Cuyahoga County Court of Common Pleas; Trafficking Offenses, on or about August 13, 2009, in Case Number CR-09-523178, in the Cuyahoga County Court of Common Pleas; Burglary, on or about March 8, 2012, in Case Number CR-11-553947 in the Cuyahoga County Court of Common Pleas, knowingly possessed, in and affecting interstate commerce, firearms, to wit: a Taurus 63C, bearing serial number ABN351620; a Remington Sportsman 12, bearing serial number W123828M; a Smith & Wesson, M&P, bearing serial number HUD7159; Buffalo Cartridge, bearing serial number TG019-22C09071; US Revolver, bearing serial number 16796; a Taurus 850, bearing serial number V618721; Palmetto, bearing serial number SCD462855,

2

said firearms and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

<u>FORFEITURE</u>

The United States Attorney charges:

4.      For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), Title 21, United States Code Section 853; and Title 28, United States Code, Section 2461(c), the allegations of Counts 1 through 3 are incorporated herein by reference. As a result of the foregoing offenses, Defendant SAHAAD BANKS, shall forfeit to the United States any and all property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the result of the drug violations charged herein; any and all property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the drug violations charged herein; and all firearms and ammunition involved in or used in the commission of the firearms violation charged herein; including, but not limited to, the following:

a.      $3,148.00 in U.S. Currency;

b.      Smith & Wesson handgun bearing serial number NBM6204, and ammunition

c.      Taurus 63C, bearing serial number ABN351620;

d.      Remington Sportsman 12, bearing serial number W123828M;

e.      Smith & Wesson, M&P, bearing serial number HUD7159;

f.      Buffalo Cartridge, bearing serial number TG019-22C09071;

g.      US Revolver, bearing serial number 16796;

h.      Taurus 850, bearing serial number V618721; and

i.      Palmetto, bearing serial number SCD462855.

3

DAVID M. TOEPFER
United States Attorney

By:

Robert F. Corts
Chief, Criminal Division

4